IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JANARD WRIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1214

Opinion filed July 7, 2014.

An appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Janard Wright, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

LEWIS, C.J., BENTON and MARSTILLER, JJ., CONCUR.